

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00311-CV

**BRAZOS VALLEY URGENT CARE,**

**Appellant**

 **v.**

**MARY HAISLET AND JAMES HAISLET,**

**Appellees**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 09-002933-CV-272

## MEMORANDUM OPINION

Appellant, Brazos Valley Urgent Care., filed a notice of appeal from an adverse order issued by the trial court. Now, Brazos Valley has filed a motion to dismiss the appeal because the parties reached an amicable settlement during mediation and such settlement has been executed.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed December 15, 2010
[CV06]